IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRETTEN SCOTT WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cv-00884-BL-JTA |
| | ) | |
| DOUBLE SPRINGS POLICE DEPT., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On October 26, 2026, the Magistrate Judge entered a Report and Recommendation which recommends that the court transfer this action to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a). (*See* Doc. 6). The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on November 9, 2026. (Doc. 6). To date, no objections have been filed.

After review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, it is hereby

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).

The Plaintiff's Application for Leave to Proceed *in forma pauperis* (doc. 2) shall remain pending for the United States District Court for the Northern District of Alabama to decide.

The Clerk of Court is **DIRECTED** to effectuate the transfer.

**DONE** and **ORDERED** on this the 13th day of November, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE